Decided June 29, 2000

EDWIN ROSS *v.* COMMISSIONER OF CORRECTION

The petitioner Edwin Ross' petition for certification for appeal from the Appellate Court, 57 Conn. App. 310 (AC 18700), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash,* public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided June 29, 2000